**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: NEWARK PRESCHOOL COUNCIL, INC.    §    Case No. 16-29972-VFP
§
§
§
       Debtor(s)

---

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

       Benjamin A. Stanziale, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

       1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

       2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:    $8,573,292.65<br>*(without deducting any secured claims)* | Assets Exempt:  N/A |
| Total Distributions to Claimants:    $0.00 | Claims Discharged<br>Without Payment:  N/A |
| Total Expenses of Administration:    $402,881.91 | |

       3) Total gross receipts of $402,881.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $402,881.91 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $6,837,592.28 | $6,837,592.28 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $402,881.91 | $402,881.91 | $402,881.91 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $316,908.20 | $316,908.20 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $0.00 | $24,243,442.74 | $24,243,442.74 | $0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $31,800,825.13 | $31,800,825.13 | $402,881.91 |

4) This case was originally filed under chapter 7 on 10/19/2016.  The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    09/15/2020                           By: /s/ Benjamin A. Stanziale, Jr.
                                                        Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REFUND FROM PAYCHEX | 1229-000 | $83.00 |
| FULLY DEPRECIATED ASSORTED OFFICE FURNITURE | 1129-000 | $45,870.00 |
| CASH/CHANGE FOUND IN DOCUMENTS OBTAINED FROM SITE | 1229-000 | $26.01 |
| CHECKING ACCOUNT AT CITY NATIONAL BANK, XXXXXX7874 | 1129-000 | $6,466.04 |
| SETTLEMENT WITH HHS | 1249-000 | $330,094.75 |
| INSURANCE REFUND | 1280-000 | $0.00 |
| UNCLAIMED FUNDS FROM STATE OF NEW JERSEY | 1229-000 | $20,309.81 |
| TAX REFUND | 1224-000 | $32.30 |
| **TOTAL GROSS RECEIPTS** | | **$402,881.91** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | PENSION BENEFIT GUARANTY CORPORATIONOFFICE OF THE CHIEF COUNSEL | 4110-000 | NA | $2,584,203.00 | $2,584,203.00 | $0.00 |
| 43 | CITY NATIONAL BANK OF NEW JERSEY | 4110-000 | NA | $4,253,389.28 | $4,253,389.28 | $0.00 |
| | **TOTAL SECURED** | | **$0.00** | **$6,837,592.28** | **$6,837,592.28** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Benjamin A. Stanziale, Jr. | 2100-000 | NA | $23,347.23 | $23,347.23 | $23,347.23 |
| Trustee, Expenses - BENJAMIN A. STANZIALE, JR TRUSTEE | 2200-000 | NA | $5,955.68 | $5,955.68 | $5,955.68 |
| Trustee, Expenses - Benjamin A. Stanziale, Jr. | 2200-000 | NA | $303.65 | $303.65 | $303.65 |
| Auctioneer Fees - A.J. WILLNER AUCTIONS, LLC | 3610-000 | NA | $4,587.00 | $4,587.00 | $4,587.00 |
| Auctioneer Expenses - A. J. WILLNER AUCTIONS INC | 3620-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Bond Payments - BOND | 2300-000 | NA | $34.23 | $34.23 | $34.23 |
| Administrative Rent - C MARINO INC | 2410-000 | NA | $6,766.50 | $6,766.50 | $6,766.50 |
| Administrative Rent - C. MARINO | 2410-000 | NA | $2,602.50 | $2,602.50 | $2,602.50 |
| Administrative Rent - C. MARINO INC | 2410-000 | NA | $10,641.00 | $10,641.00 | $10,641.00 |
| Costs to Secure/Maintain Property - FIRST INSURANCE FUNDING | 2420-000 | NA | $862.45 | $862.45 | $862.45 |
| Costs to Secure/Maintain Property - FIRST INSURANCE FUNDING CORP | 2420-000 | NA | $1,674.90 | $1,674.90 | $1,674.90 |
| Costs to Secure/Maintain Property - PHILADELPHIA INSURANCE | 2420-000 | NA | $4,931.03 | $4,931.03 | $4,931.03 |
| Costs to Secure/Maintain Property - PHILADELPHIA INSURANCE COMPANIES | 2420-000 | NA | $867.74 | $867.74 | $867.74 |
| Costs to Secure/Maintain Property - PHILADEPHIA INSURANCE | 2420-000 | NA | $761.07 | $761.07 | $761.07 |
| Costs to Secure/Maintain Property - SUNNYSIDE BUILDING SERVICES | 2420-000 | NA | $2,166.75 | $2,166.75 | $2,166.75 |
| Costs to Secure/Maintain Property - SUNNYSIDED BUILDING SERVICES | 2420-000 | NA | $321.00 | $321.00 | $321.00 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $811.54 | $811.54 | $811.54 |
| Other Chapter 7 Administrative Expenses - ACRES LAND TITLE | 2990-000 | NA | $550.00 | $550.00 | $550.00 |

| | | | | | |
|---|---|---|---|---|---|
| Other Chapter 7 Administrative Expenses - ACRES LAND TITLE AGENCY, INC. | 2990-000 | NA | $550.00 | $550.00 | $550.00 |
| Other Chapter 7 Administrative Expenses - ROBERT CIRILLO, INC | 2990-000 | NA | $672.00 | $672.00 | $672.00 |
| Attorney for Trustee Fees (Other Firm) - HELLRING LINDEMAN GOLDSTEIN & SIEGEL LLP | 3210-000 | NA | $212,955.00 | $212,955.00 | $212,955.00 |
| Attorney for Trustee Fees (Other Firm) - HELLRING LINDEMAN GOLDSTEIN SIEGAL | 3210-000 | NA | $96,105.00 | $96,105.00 | $96,105.00 |
| Attorney for Trustee Expenses (Other Firm) - HELLRING LINDEMAN GOLDSTEIN & SIEGEL LLP | 3220-000 | NA | $735.31 | $735.31 | $735.31 |
| Attorney for Trustee Expenses (Other Firm) - HELLRING LINDEMAN GOLDSTEIN & SIEGEL LLP | 3220-000 | NA | $1,835.02 | $1,835.02 | $1,835.02 |
| Attorney for Trustee Expenses (Other Firm) - HELLRING LINDEMAN GOLDSTEIN SIEGAL | 3220-000 | NA | $569.41 | $569.41 | $569.41 |
| Accountant for Trustee Fees (Other Firm) - WITHAM SMITH + BROWN | 3410-000 | NA | $17,841.40 | $17,841.40 | $17,841.40 |
| Accountant for Trustee Fees (Other Firm) - WithumSmithBrown | 3410-000 | NA | $1,498.50 | $1,498.50 | $1,498.50 |
| Accountant for Trustee Expenses (Other Firm) - WITHAM SMIITH + BROWN | 3420-000 | NA | $86.00 | $86.00 | $86.00 |
| Appraiser for Trustee Fees - A. ATKINS APPRAISAL CORP | 3711-000 | NA | $1,500.00 | $1,500.00 | $1,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$402,881.91** | **$402,881.91** | **$402,881.91** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 115 | STATE OF NEW JERSEY DEPARTMENT OF TREASURY DIVISION OF TAXATION | 5800-000 | NA | $300,000.00 | $300,000.00 | $0.00 |
| 120 | PHYLLIS M ANDERSON | 5800-000 | NA | $10,000.00 | $10,000.00 | $0.00 |
| 122 | VELDA FONT-MORRIS | 5300-000 | NA | $5,000.00 | $5,000.00 | $0.00 |
| 123 | LOURDES I LEON | 5300-000 | NA | $1,908.20 | $1,908.20 | $0.00 |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$0.00** | **$316,908.20** | **$316,908.20** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | STATE OF NEW JERSEY DIVISION OF EMPLOYER ACCOUNTS | 7100-000 | NA | $24,080.45 | $24,080.45 | $0.00 |
| 2 | STATE OF NEW JERSEY DIVISION OF EMPLOYER ACCOUNTS | 7100-000 | NA | $2,644,859.69 | $2,644,859.69 | $0.00 |
| 3 | IRMA STAMP | 7100-000 | NA | $2,398.20 | $2,398.20 | $0.00 |
| 4 | DARICE K  FOGG | 7100-000 | NA | $1,000.00 | $1,000.00 | $0.00 |
| 5 | NJ DEPT. OF ENVIRONMENTAL PROTECTION C/O OFFICE OF RECORD ACCESS | 7100-000 | NA | $6,040.00 | $6,040.00 | $0.00 |
| 6 | US DEPARTMENT OF LABOR EMPLOYEE BENEFITS SECURITY ADMINISTRATION | 7100-000 | NA | $95,130.00 | $95,130.00 | $0.00 |
| 7 | PITNEY BOWES INC | 7100-000 | NA | $2,450.50 | $2,450.50 | $0.00 |
| 8 | PITNEY BOWES INC | 7100-000 | NA | $13,003.78 | $13,003.78 | $0.00 |
| 9 | LOVE & RANDALL, ESQS. | 7100-000 | NA | $6,135.10 | $6,135.10 | $0.00 |
| 10 | LITTLER | 7100-000 | NA | $42,262.64 | $42,262.64 | $0.00 |
| 11 | JAMES H WOLFE, III | 7100-000 | NA | $5,495.00 | $5,495.00 | $0.00 |
| 12 | AVRIL ULETT-ATWELL | 7100-000 | NA | $3,000.00 | $3,000.00 | $0.00 |

| 13 | PENSION BENEFIT GUARANTY CORPORATION OFFICE OF THE CHIEF COUNSEL | 7100-000 | NA | $8,561,792.00 | $8,561,792.00 | $0.00 |
|----|----|----|----|----|----|----|
| 15 | PENSION BENEFIT GUARANTY CORPORATION OFFICE OF THE CHIEF COUNSEL | 7100-000 | NA | $2,718,333.00 | $2,718,333.00 | $0.00 |
| 16 | TERESA J MOSQUERA | 7100-000 | NA | $2,200.00 | $2,200.00 | $0.00 |
| 17 | NATASHA SMELLY | 7100-000 | NA | $2,200.00 | $2,200.00 | $0.00 |
| 18 | PALMIRA CRUZ | 7100-000 | NA | $2,015.00 | $2,015.00 | $0.00 |
| 19 | KATINA GINYARD | 7100-000 | NA | $2,000.00 | $2,000.00 | $0.00 |
| 20 | AVRIL ULETT-ATWELL | 7100-000 | NA | $3,000.00 | $3,000.00 | $0.00 |
| 21 | ISABEL VEGA | 7100-000 | NA | $2,240.00 | $2,240.00 | $0.00 |
| 22 | GLORIA HENDERSON | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 23 | CAROLINA R CRUZ | 7100-000 | NA | $1,800.00 | $1,800.00 | $0.00 |
| 24 | DEVON A HORTON | 7100-000 | NA | $61,353.56 | $61,353.56 | $0.00 |
| 25 | MARIA I. RAMOS | 7100-000 | NA | $1,650.00 | $1,650.00 | $0.00 |
| 26 | CASSANDRA HENDERSON | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 27 | MARY DELORES DRAYTON | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 28 | ROSA M ROMERO | 7100-000 | NA | $1,480.50 | $1,480.50 | $0.00 |
| 29 | MARIA T. RAMIREZ | 7100-000 | NA | $2,015.00 | $2,015.00 | $0.00 |
| 30 | HORTENSE GATLIN | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 31 | KEVIN BURNEY | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 32 | DENISE BROWN | 7100-000 | NA | $0.00 | $0.00 | $0.00 |

| 33 | TARA L. DOWLING | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
|----|----|----|----|----|----|----|
| 34 | LYNN D LITTLE | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 35 | MAYRA L RODRIGUEZ | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 36 | CYNTHIA ANDERSON | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 37 | BRENDA D SHORTER-AMOS | 7100-000 | NA | $1,820.00 | $1,820.00 | $0.00 |
| 38 | LINDA J. BRANTLEY | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 39 | PEARLIE JABB | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 40 | MARY IRVIN | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 41 | ANNIE GILLENS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 42 | KATHLEEN JOHNSON | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 44 | JERRIS M. COOKE | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 45 | MERLINE GUILLAUME | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 46 | INA WHITE | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 47 | JENNIFER TILLMAN | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 48 | PRISCILLA WASHINGTON | 7100-000 | NA | $3,600.00 | $3,600.00 | $0.00 |
| 49 | U.S. DEPT. OF HEALTH & HUMAN SERVICES ADMIN. FOR CHILDREN & FAMILIES | 7100-000 | NA | $9,950,556.00 | $9,950,556.00 | $0.00 |
| 50 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. C/O BECKET AND LEE LLP | 7100-000 | NA | $970.16 | $970.16 | $0.00 |
| 51 | RENE A VILLATORO | 7100-000 | NA | $0.00 | $0.00 | $0.00 |

| 52 | CYNTHIA J. BLUE | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 53 | BRENDA Y DUNBAR | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 54 | NATASHA SMELLY | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 55 | LYNETTE VERA MARCUS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 56 | IRIS LOPEZ | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 57 | ROSEMARY FORD | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 58 | MICKEL ADREWS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 59 | MARIBEL MORALES RODRIGUEZ | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 60 | LEA JEAN | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 61 | WILMA C. PASTRANA | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 62 | FRANCIA E GUERRERO | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 63 | YVONNE ABNATHYA-LAWAL | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 64 | CAMARY RUIZ | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 65 | MICHELLE COLEMAN | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 66 | PAULINE MAYNARD | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 67 | MARY HART | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 68 | RENEE BROWN | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 69 | ARNGRENIA MEACHEM | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 70 | PHYLLIS GIBBS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 71 | LORETTA WILLIAMS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 72 | VIVIANA FLORENCE | 7100-000 | NA | $0.00 | $0.00 | $0.00 |

| 73 | NELLIE A WILLIAMS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 74 | LORETTA SANFORD | 7100-000 | NA | $2,310.00 | $2,310.00 | $0.00 |
| 75 | LAVERNE DIXON | 7100-000 | NA | $2,700.00 | $2,700.00 | $0.00 |
| 76 | LARISSA MOSELY | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 77 | BEVERLY ROBERTS-BENJAMIN | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 78 | GERALDINE HOWELL-HAWKINS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 79 | THELMA TURNER SMITH | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 80 | APRIL MARIE CLARK | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 81 | KAREN ROBINSON | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 82 | MARJORIE CLARK | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 83 | LINDA A BIVINS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 84 | LILLIAN L WILLIAMSON | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 85 | JENNIFER LINTON-SMITH | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 86 | ELISE SALTER | 7100-000 | NA | $2,400.00 | $2,400.00 | $0.00 |
| 87 | SANDRA TURNER | 7100-000 | NA | $1,340.00 | $1,340.00 | $0.00 |
| 88 | TARITA PERKINS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 89 | DAVID HUNTER | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 90 | HYACINTH GRAYSON | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 91 | JUDIT DEL C ROMERO | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 92 | WYDELINE JEAN-BAPTISTA | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 93 | NORMA G CORTEZ | 7100-000 | NA | $0.00 | $0.00 | $0.00 |

| 94 | KATIE MCCALL | 7100-000 | NA | $2,537.50 | $2,537.50 | $0.00 |
| 95 | ROBIN SIMPKINS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 96 | RHONDA M. METTEAUX | 7100-000 | NA | $3,000.00 | $3,000.00 | $0.00 |
| 97 | CATRINAH METTEAUX | 7100-000 | NA | $2,000.00 | $2,000.00 | $0.00 |
| 98 | BRIDGETTE METTEAUX | 7100-000 | NA | $2,352.00 | $2,352.00 | $0.00 |
| 99 | TONI WILLIAMS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 100 | JOYCE SHERMAN | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 101 | KIM HEMMINGS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 102 | RACHELLE Y MOSS | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 103 | CHRISTINE LUNDBERG | 7100-000 | NA | $30,000.00 | $30,000.00 | $0.00 |
| 104 | CANDIDA BURGOS | 7100-000 | NA | $12,269.00 | $12,269.00 | $0.00 |
| 105 | SANDRA DENISE BOWDEN | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 106 | ADRIANA CABRERA | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 107 | AMELIA J REBOLLEDO | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 108 | MIRIAM PETGRAVE | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 109 | AMERICA FERNANDEZ | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 110 | MIA C SABB APONTE | 7200-000 | NA | $2,380.00 | $2,380.00 | $0.00 |
| 111 | ALICIA LAUREN BYRNE | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 112 | DELORES SABB DAVIS | 7200-000 | NA | $3,273.66 | $3,273.66 | $0.00 |
| 113 | MARTHA P. BARRETO | 7200-000 | NA | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 114 | JENNY P. CASTRO | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 116 | KIMBERLY GREEN | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 117 | JUDY M. SMITH | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 118 | ANGELA J. BROWN | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 119 | JOHN GRAHAM | 7200-000 | NA | $4,000.00 | $4,000.00 | $0.00 |
| 121 | MARJORIE S CHAPMAN | 7200-000 | NA | $5,000.00 | $5,000.00 | $0.00 |
| 124 | HALLIE GREEN | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 125 | ALTAGRACIA RUIZ | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| 126 | DEBORAH ANN BROWN | 7200-000 | NA | $3,000.00 | $3,000.00 | $0.00 |
| 127 | TAWANNA PETERMAN | 7200-000 | NA | $0.00 | $0.00 | $0.00 |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$0.00** | **$24,243,442.74** | **$24,243,442.74** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 1

**Case No.:**  16-29972-VFP

**Case Name:**  NEWARK PRESCHOOL COUNCIL, INC.

**For Period Ending:**  09/15/2020

**Trustee Name:**  (500340) Benjamin A. Stanziale, Jr.

**Date Filed (f) or Converted (c):**  10/19/2016 (f)

**§ 341(a) Meeting Date:**  11/16/2016

**Claims Bar Date:**  05/08/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CHECKING ACCOUNT AT CITY NATIONAL BANK, XXXXXX7874 | 5,786.00 | 6,466.04 | | 6,466.04 | FA |
| 2 | A/R OVER 90 DAYS OLD | 220,894.00 | 0.00 | | 0.00 | FA |
| 3 | FULLY DEPRECIATED ASSORTED OFFICE FURNITURE | 0.00 | 40,000.00 | | 45,870.00 | FA |
| 4 | FIXTURES ON SCHOOL BUILDINGS (BOOK VALUE, NET OF DEPRECIATION) - SOLD AS PART OF ASSET 3<br><small>PROPERTY TRANSFERRED PER STIPULATION OF SETTLEMENT IN ADV. PROC. (DOCKET #8)</small> | 64,000.00 | 0.00 | | 0.00 | FA |
| 5 | SMART BOARDS, PRINTERS AND SERVERS - SOLD AS PART OF ASSET 3 | 11,000.00 | 0.00 | | 0.00 | FA |
| 6 | NEWARK PRESCHOOL ACADEMY, BUILDING LOCATED AT 201 FIRST STREET, NEWARK, NJ | 2,380,000.00 | 0.00 | | 0.00 | FA |
| 7 | 221-223 BROAD STREET, NEWARK, NJ (SHARPE JAMES ACADEMY)<br><small>PROPERTY TRANSFERRED PER STIPULATION OF SETTLEMENT IN ADV. PROC. (DOCKET #8)</small> | 830,000.00 | 0.00 | | 0.00 | FA |
| 8 | 300 CHANCELLOR AVENUE, NEWARK, NJ (ALBERTA BEY ACADEMY) | 600,000.00 | 0.00 | OA | 0.00 | FA |
| 9 | 296 CHANCELLOR AVENUE, NEWARK, NJ (CENTRALIZED KITCHEN ACADEMY) | 535,000.00 | 0.00 | OA | 0.00 | FA |
| 10 | 429-437 15TH AVENUE, NEWARK, NJ (EDNA R THOMAS ACADEMY), , VALUATION METHOD: APPRAISAL<br><small>PROPERTY TRANSFERRED PER STIPULATION OF SETTLEMENT IN ADV. PROC. (DOCKET #8)</small> | 500,000.00 | 0.00 | | 0.00 | FA |
| 11 | 168-174 ROSEVILLE AVENUE, NEWARK, NJ (AUDREY WEST ACADEMY)<br><small>PROPERTY TRANSFERRED PER STIPULATION OF SETTLEMENT IN ADV. PROC. (DOCKET #8)</small> | 1,400,000.00 | 0.00 | | 0.00 | FA |
| 12 | 79 ST. FRANCIS STREET, NEWARK, NJ (ST. FRANCIS ACADEMY)<br><small>PROPERTY TRANSFERRED PER STIPULATION OF SETTLEMENT IN ADV. PROC. (DOCKET #8)</small> | 1,900,000.00 | 0.00 | | 0.00 | FA |
| 13 | DEBTOR MAY BE ENTITLED TO REIMBURSEMENT FROM FEDERAL DEPARTMENT OF HEALTH & HUMAN SERVICES FOR INTEREST IN REAL PROPERTIES BY HEAD START PROGRAM | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

**Case No.:**  16-29972-VFP

**Case Name:**   NEWARK PRESCHOOL COUNCIL, INC.

**For Period Ending:**   09/15/2020

**Trustee Name:**   (500340) Benjamin A. Stanziale, Jr.

**Date Filed (f) or Converted (c):**   10/19/2016 (f)

**§ 341(a) Meeting Date:**   11/16/2016

**Claims Bar Date:**   05/08/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 14* | CASH/CHANGE FOUND IN DOCUMENTS OBTAINED FROM SITE (u) (See Footnote) | 26.01 | 26.01 | | 26.01 | FA |
| 15 | REFUND FROM PAYCHEX (u) | 83.00 | 83.00 | | 83.00 | FA |
| 16 | PREFERENCE - KEVIN BURNEY (u) | 6,600.00 | 0.00 | | 0.00 | FA |
| 17 | PREFERENCE - KHL ENTERPRISES, LLC (u) | 20,822.20 | 0.00 | | 0.00 | FA |
| 18 | PREFERENCE - LJL FINANCIAL (u) | 19,266.37 | 0.00 | | 0.00 | FA |
| 19 | PREFERENCE - WANDA GILYARD (u) | 8,400.00 | 0.00 | | 0.00 | FA |
| 20 | PREFERENCE - KEN FAGBEWESA (u) | 4,600.00 | 0.00 | | 0.00 | FA |
| 21 | PREFERENCE - EXTRA SPACE STORAGE (u) | 1,828.00 | 0.00 | | 0.00 | FA |
| 22 | PREFERENCE - ACCESS EDUCATIONAL ADVISORS, LLC (u) | 400.00 | 0.00 | | 0.00 | FA |
| 23 | PREFERENCE - WASSERMAN, JURISTA & STOLZ (u) | 10,335.00 | 0.00 | | 0.00 | FA |
| 24 | PREFERENCE - WITMAN STADTMAUER, P.A. (u) | 315.00 | 0.00 | | 0.00 | FA |
| 25 | PREFERENCE - YOUR PART-TIME CONTROLLER (u) | 5,937.50 | 0.00 | | 0.00 | FA |
| 26 | PREFERENCE - DIAMOND ROCK (u) | 48.00 | 0.00 | | 0.00 | FA |
| 27 | PREFERENCE - EVERBANK (u) | 4,333.34 | 0.00 | | 0.00 | FA |
| 28 | PREFERENCE - IDT PARKING (u) | 480.00 | 0.00 | | 0.00 | FA |
| 29 | PREFERENCE - PAT KANEISHIRO-MILLER (u) | 398.75 | 0.00 | | 0.00 | FA |
| 30 | PREFERENCE - SAFE SHREDDING (u) | 75.00 | 0.00 | | 0.00 | FA |
| 31 | PREFERENCE - CITY NATIONAL-ST. FRANCIS #8307377 (u) | 3,934.53 | 0.00 | | 0.00 | FA |
| 32 | PREFERENCE - CITY NATIONAL-NPC ACADEMY #8307525 (u) | 22,334.12 | 0.00 | | 0.00 | FA |
| 33 | PREFERENCE - 570 BROAD STREET, LLC (u) | 7,616.66 | 0.00 | | 0.00 | FA |
| 34 | PREFERENCE - JAC REALTY (u) | 5,000.00 | 0.00 | | 0.00 | FA |
| 35 | PREFERENCE - AMEX (u) | 250.00 | 0.00 | | 0.00 | FA |
| 36 | PREFERENCE - PAYCHEX (u) | 136.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page: 3

**Case No.:** 16-29972-VFP

**Case Name:** NEWARK PRESCHOOL COUNCIL, INC.

**Trustee Name:** (500340) Benjamin A. Stanziale, Jr.

**Date Filed (f) or Converted (c):** 10/19/2016 (f)

**§ 341(a) Meeting Date:** 11/16/2016

**For Period Ending:** 09/15/2020

**Claims Bar Date:** 05/08/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 37 | PREFERENCE - FIRST INSURANCE-D&O (u) | 2,557.35 | 0.00 | | 0.00 | FA |
| 38 | PREFERENCE - HOME DEPOT (u) | 163.79 | 0.00 | | 0.00 | FA |
| 39 | PREFERENCE - CABLEVISION LIGHTPATH (u) | 2,065.04 | 0.00 | | 0.00 | FA |
| 40 | PREFERENCE - PHILADELPHIA INSURANCE (u) | 3,862.00 | 0.00 | | 0.00 | FA |
| 41 | PREFERENCE - ALQUAN WILLIAMS (u) | 320.00 | 0.00 | | 0.00 | FA |
| 42 | PREFERENCE - WILLIS BURNEY (u) | 320.00 | 0.00 | | 0.00 | FA |
| 43 | TAX REFUND (u) | 32.30 | 32.30 | | 32.30 | FA |
| 44 | VOID (u)<br>ENTERED IN ERROR | 0.00 | 0.00 | | 0.00 | FA |
| 45 | UNCLAIMED FUNDS FROM STATE OF NEW JERSEY (u) | 20,309.81 | 20,309.81 | | 20,309.81 | FA |
| 46 | SETTLEMENT WITH HHS (u) | Unknown | Unknown | | 330,094.75 | FA |
| 47 | INSURANCE REFUND (u) | 0.00 | 0.00 | | 0.00 | FA |
| **47** | **Assets Totals (Excluding unknown values)** | **$8,599,529.77** | **$66,917.16** | | **$402,881.91** | **$0.00** |

RE PROP# 14    OBTAINED MONEY ORDER

**Major Activities Affecting Case Closing:**

TDR SENT FOR REVIEW ON SEPTEMBER 15, 2020

- HHS HAS AGREED TO PAY THE ESTATE FOR THE COST OF THE TRANSFER OF ASSETS 6,7,10,11&12. VALUE SHOWN IS ESTIMATE OF COST TO TRANSFER PROPERTIES TO THE SUCCESSOR OPERATOR OF THE HEAD START PROGRAM.
- DEBTOR WAS THE OPERATOR OF THE HEAD START PROGRAM IN NEWARK SINCE THE 1960'S. ALL REAL PROPERTIES (ASSETS 6, 7, 8, 9, 10, 11  AUST MARTHA HILDEBRANDT WAS ADVISED OF THE STATUS OF THE CASE WITH EACH DEVELOPMENT.

**Initial Projected Date Of Final Report (TFR):** 12/31/2018

**Current Projected Date Of Final Report (TFR):** 07/24/2020 (Actual)

## Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 16-29972-VFP | | **Trustee Name:** | Benjamin A. Stanziale, Jr. (500340) | | |
| **Case Name:** | NEWARK PRESCHOOL COUNCIL, INC. | | **Bank Name:** | Mechanics Bank | | |
| **Taxpayer ID #:** | **-***7158 | | **Account #:** | ******6800 Checking | | |
| **For Period Ending:** | 09/15/2020 | | **Blanket Bond (per case limit):** | $48,225,092.00 | | |
| | | | **Separate Bond (if applicable):** | N/A | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/16/16 | {1} | CITY NATIONAL BANK | BALANCE OF BANK ACCOUNT | 1129-000 | 6,466.04 | | 6,466.04 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,456.04 |
| 12/13/16 | 101 | PHILADELPHIA INSURANCE | PAYMENT OF INSURANCE FOR BUILDINGS | 2420-000 | | 4,931.03 | 1,525.01 |
| 12/23/16 | 102 | FIRST INSURANCE FUNDING | PAYMENT OF ACCOUNT ***-****9512 FOR INSURANCE POLICY | 2420-000 | | 837.45 | 687.56 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 677.56 |
| 01/18/17 | 103 | INTERNATIONAL SURETIES.LTD | PAYMENT OF BOND 016026384 | 2300-000 | | 2.84 | 674.72 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 664.72 |
| 02/20/17 | 104 | SUNNYSIDED BUILDING SERVICES | PAYMENT FOR SNOW REMOVAL 12/17/16 PER INVOICE 5214 | 2420-000 | | 321.00 | 343.72 |
| 02/20/17 | 105 | SUNNYSIDE BUILDING SERVICES | PAYMENT FOR WATER TURNOFF PER INVOICE  5205 | 2420-000 | | 133.75 | 209.97 |
| 02/21/17 | {14} | WESTERN UNION MONEY ORDER | CASH/CHANGE FOUND IN DOCUMENTS OBTAINED FROM SITE. MONEY ORDER OBTAINED SO CAN BE SENT TO BANK | 1229-000 | 26.01 | | 235.98 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 225.98 |
| 03/20/17 | {15} | PAYCHEX | REFUND | 1229-000 | 83.00 | | 308.98 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 298.98 |
| 04/06/17 | {3} | AJ WILLNER AUCTIONS | AUCTION PROCEEDS | 1129-000 | 45,870.00 | | 46,168.98 |
| 04/11/17 | 106 | SUNNYSIDE BUILDING SERVICES | PAYMENT FOR WINTERIZING BUILDING, SNOW REMOVAL- 2 STORMS | 2420-000 | | 2,033.00 | 44,135.98 |
| 04/11/17 | 107 | C. MARINO INC | PAYMENT FOR STORAGE OF COMPUTERS AND RECORDS, MOVING RECORDS PER INVOICES 4366A,4489A, 4655A & 4744 | 2410-000 | | 1,521.00 | 42,614.98 |
| 04/21/17 | 108 | PHILADEPHIA INSURANCE | PAYMENT OF INSURANCE | 2420-000 | | 761.07 | 41,853.91 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 38.11 | 41,815.80 |
| 05/04/17 | 109 | A.J. WILLNER AUCTIONS, LLC | PAYMENT OF AUCTIONEER FEES PER NOTICE OF APRIL 4, 2017 | 3610-000 | | 4,587.00 | 37,228.80 |
| 05/04/17 | 110 | A. J. WILLNER AUCTIONS INC | PAYMENT OF AUCTIONEER EXPENSES PER NOTICE OF APRIL 4, 2017 | 3620-000 | | 1,000.00 | 36,228.80 |
| 05/04/17 | 111 | BENJAMIN A. STANZIALE, JR TRUSTEE | PAYMENT OF TRUSTEE EXPENSES PER COURT ORDER OF MAY 3, 2017 | 2200-000 | | 5,955.68 | 30,273.12 |
| 05/31/17 | 112 | FIRST INSURANCE FUNDING CORP | PAYMENT OF D &O INSURANCE POLICY ***-***0951 | 2420-000 | | 1,674.90 | 28,598.22 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 52.62 | 28,545.60 |
| 06/02/17 | 113 | PHILADELPHIA INSURANCE COMPANIES | PAYMENT OF INSURANCE POLICY 13209 | 2420-000 | | 867.74 | 27,677.86 |

Page Subtotals:    **$52,445.05    $24,767.19**

# Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-29972-VFP | |
| **Case Name:** | NEWARK PRESCHOOL COUNCIL, INC. | |
| **Taxpayer ID #:** | **-***7158 | |
| **For Period Ending:** | 09/15/2020 | |

| | |
|---|---|
| **Trustee Name:** | Benjamin A. Stanziale, Jr. (500340) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******6800 Checking |
| **Blanket Bond (per case limit):** | $48,225,092.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/13/17 | 114 | A. ATKINS APPRAISAL CORP | PAYMENT OF APPRAISER FEE PER COURT ORDER OF JUNE 13, 2017 | 3711-000 | | 1,500.00 | 26,177.86 |
| 06/28/17 | 115 | FIRST INSURANCE FUNDING | PAYMENT OF D &O INSURANCE POLICY ***-**0951 | 2420-000 | | 25.00 | 26,152.86 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.33 | 26,113.53 |
| 07/26/17 | 116 | C. MARINO INC | PAYMENT FOR STORAGE OF COMPUTERS AND RECORDS, PER INVOICES  4994 A & 5118A | 2410-000 | | 1,041.00 | 25,072.53 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 36.31 | 25,036.22 |
| 08/10/17 | 117 | ROBERT CIRILLO, INC | PAYMENT FOR DEPOSITION OF D. REGO | 2990-000 | | 672.00 | 24,364.22 |
| 08/11/17 | {43} | UNITED STATES TREASURY | TAX REFUND | 1224-000 | 32.30 | | 24,396.52 |
| 08/16/17 | 118 | ACRES LAND TITLE | PAYMENT FOR TITLE SEARCH OF 936-938 BERGEN STREET NEWARK NJ. | 2990-000 | | 550.00 | 23,846.52 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 39.40 | 23,807.12 |
| 09/14/17 | 119 | C. MARINO | PAYMENT FOR STORAGE OF COMPUTERS AND RECORDS, PER INVOICES  5238A & 5365A | 2410-000 | | 1,041.00 | 22,766.12 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.60 | 22,733.52 |
| 10/05/17 | 120 | C. MARINO | PAYMENT FOR STORAGE OF COMPUTERS AND RECORDS, PER INVOICES  5493A | 2410-000 | | 520.50 | 22,213.02 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.50 | 22,178.52 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 31.89 | 22,146.63 |
| 12/11/17 | | LA CASA de DON PEDRO | Advancement of Administrative Trustee Attorney Fees and Expenses on behalf of estate by HHH | | 136,860.31 | | 159,006.94 |
| | {46} | | Advancement of Administrative Trustee Attorney Fees on behalf of estate by HHH         $136,125.00 | 1249-000 | | | |
| | {46} | | Advancement of Administrative Trustee Attorney Expenses on behalf of estate by HHH         $735.31 | 1249-000 | | | |
| 12/11/17 | 121 | C. MARINO | PAYMENT FOR STORAGE OF COMPUTERS AND RECORDS, PER INVOICES  5616A & 5735A | 2410-000 | | 1,041.00 | 157,965.94 |
| 12/15/17 | 122 | HELLRING LINDEMAN GOLDSTEIN & SIEGEL LLP | PAYMENT OF ATTORNEY FEES PER COURT ORDER OF NOVEMBER 28, 2017 | 3210-000 | | 136,125.00 | 21,840.94 |
| 12/15/17 | 123 | HELLRING LINDEMAN  & SIEGEL LLP | PAYMENT OF ATTORNEY EXPENSES PER COURT ORDER OF NOVEMBER 28, 2017 | 3220-000 | | 735.31 | 21,105.63 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.49 | 21,049.14 |

Page Subtotals:   $136,892.61   $143,521.33

## Form 2

### Cash Receipts And Disbursements Record

Exhibit 9

Page: 3

| Case No.: | 16-29972-VFP | Trustee Name: | Benjamin A. Stanziale, Jr. (500340) |
|---|---|---|---|
| Case Name: | NEWARK PRESCHOOL COUNCIL, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7158 | Account #: | ******6800 Checking |
| For Period Ending: | 09/15/2020 | Blanket Bond (per case limit): | $48,225,092.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/15/18 | 124 | C. MARINO INC | PAYMENT FOR STORAGE OF COMPUTERS AND RECORDS, PER INVOICE 5852A | 2410-000 | | 520.50 | 20,528.64 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 33.07 | 20,495.57 |
| 02/06/18 | 125 | INTERNATIONAL SURETIES.LTD | PAYMENT OF BOND # 016026384 | 2300-000 | | 12.51 | 20,483.06 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.50 | 20,455.56 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.42 | 20,426.14 |
| 04/06/18 | 126 | C MARINO INC | PAYMENT FOR STORAGE PER INVOICES 5969A, 6093A & 6221A | 2410-000 | | 1,561.50 | 18,864.64 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.05 | 18,837.59 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 29.80 | 18,807.79 |
| 06/06/18 | 127 | C MARINO INC | PAYMENT FOR STORAGE PER INVOICES 6346A & 6469A | 2410-000 | | 1,041.00 | 17,766.79 |
| 06/25/18 | | LA CASA DE DON PEDRO | Advancement of Administrative Trustee Attorney Fees and Expenses on behalf of estate by HHH | | 78,665.02 | | 96,431.81 |
| | {46} | | Advancement of Administrative Trustee Attorney Fees on behalf of estate by HHH $76,830.00 | 1249-000 | | | |
| | {46} | | Advancement of Administrative Trustee Attorney Expenses on behalf of estate by HHH $1,835.02 | 1249-000 | | | |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.84 | 96,398.97 |
| 07/24/18 | 128 | HELLRING LINDEMAN GOLDSTEIN & SIEGEL LLP | PAYMENT OF ATTORNEY FEES PER COURT ORDER OF JULY 23, 2018 | 3210-000 | | 76,830.00 | 19,568.97 |
| 07/24/18 | 129 | HELLRING LINDEMAN GOLDSTEIN & SIEGEL LLP | PAYMENT OF ATTORNEY EXPENSES PER COURT ORDER OF JULY 23, 2018 | 3220-000 | | 1,835.02 | 17,733.95 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 147.89 | 17,586.06 |
| 08/01/18 | 130 | C MARINO INC | PAYMENT FOR STORAGE PER INVOICES 78 & 235 | 2410-000 | | 1,041.00 | 16,545.06 |
| 08/13/18 | 131 | ACRES LAND TITLE AGENCY, INC. | PAYMENT FOR TITLE SEARCH OF 936-938 BERGEN ST PROPERTY PER INVOICE 310476 | 2990-000 | | 550.00 | 15,995.06 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 32.35 | 15,962.71 |
| 09/14/18 | {46} | LA CASA de DON PEDRO | PAYMENT FOR REIMBURSEMENT FOR ACCOUNTING FEES | 1249-000 | 17,927.40 | | 33,890.11 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 17.64 | 33,872.47 |
| 10/04/18 | 132 | WITHAM SMIITH + BROWN | PAYMENT OF ACCOUNTANTS FEES PER COURT ORDER OF AUGUST 30, 2018 | 3410-000 | | 17,841.40 | 16,031.07 |

Page Subtotals: **$96,592.42** **$101,610.49**

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 16-29972-VFP | |
| **Case Name:** | NEWARK PRESCHOOL COUNCIL, INC. | |
| **Taxpayer ID #:** | **-***7158 | |
| **For Period Ending:** | 09/15/2020 | |

| | |
|---|---|
| **Trustee Name:** | Benjamin A. Stanziale, Jr. (500340) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******6800 Checking |
| **Blanket Bond (per case limit):** | $48,225,092.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/04/18 | 133 | WITHAM SMIITH + BROWN | PAYMENT OF ACCOUNTANTS EXPENSES PER COURT ORDER OF AUGUST 30, 2018 | 3420-000 | | 86.00 | 15,945.07 |
| 10/23/18 | 134 | C MARINO INC | PAYMENT FOR STORAGE PER INVOICES 380 & 509 | 2410-000 | | 1,041.00 | 14,904.07 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 22.73 | 14,881.34 |
| 01/22/19 | 135 | C MARINO INC | PAYMENT FOR STORAGE PER INVOICES 670 807 937 | 2410-000 | | 1,561.50 | 13,319.84 |
| 02/12/19 | 136 | C MARINO INC | PAYMENT FOR STORAGE PER INVOICE 1067 | 2410-000 | | 520.50 | 12,799.34 |
| 03/06/19 | 137 | INTERNATIONAL SURETIES.LTD | BLANKET BOND 016026384 | 2300-000 | | 7.28 | 12,792.06 |
| 04/10/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******4645 | Transition Debit to Metropolitan Commercial Bank acct 3910024645 | 9999-000 | | 12,792.06 | 0.00 |

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 285,930.08 | 285,930.08 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 12,792.06 | |
| **Subtotal** | **285,930.08** | **273,138.02** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$285,930.08** | **$273,138.02** | |

## Form 2

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 16-29972-VFP | | **Trustee Name:** | | Benjamin A. Stanziale, Jr. (500340) | |
| **Case Name:** | NEWARK PRESCHOOL COUNCIL, INC. | | **Bank Name:** | | Metropolitan Commercial Bank | |
| **Taxpayer ID #:** | **-***7158 | | **Account #:** | | ******4645 Checking Account | |
| **For Period Ending:** | 09/15/2020 | | **Blanket Bond (per case limit):** | | $48,225,092.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/10/19 | | Transfer Credit from Rabobank, N.A. acct ******6800 | Transition Credit from Rabobank, N.A. acct 5015516800 | 9999-000 | 12,792.06 | | 12,792.06 |
| 04/25/19 | 1000 | C. MARINO INC | PAYMENT FOR STORAGE PER INVOICES 1191 & 1327 | 2410-000 | | 1,041.00 | 11,751.06 |
| 05/13/19 | 1001 | C. MARINO INC | PAYMENT FOR STORAGE PER INVOICE 1465 | 2410-000 | | 520.50 | 11,230.56 |
| 07/02/19 | 1002 | C. MARINO INC | PAYMENT FOR STORAGE PER INVOICES 1602 & 1751 | 2410-000 | | 1,041.00 | 10,189.56 |
| 09/05/19 | 1003 | C. MARINO INC | PAYMENT FOR STORAGE PER INVOICE 2015 | 2410-000 | | 520.50 | 9,669.06 |
| 09/06/19 | 1004 | C. MARINO INC | PAYMENT FOR STORAGE PER INVOICE 1881 | 2410-000 | | 520.50 | 9,148.56 |
| 11/06/19 | {45} | STATE OF NEW JERSEY | PAYMENT OF UNCLAIMED FUNDS FROM THE STATE OF NEW JERSEY | 1229-000 | 20,309.81 | | 29,458.37 |
| 11/13/19 | 1005 | C. MARINO INC | PAYMENT FOR STORAGE PER INVOICES 2138 & 2275 | 2410-000 | | 1,041.00 | 28,417.37 |
| 01/02/20 | 1006 | C. MARINO INC | PAYMENT FOR STORAGE PER INVOICES 2408 & 2536 | 2410-000 | | 1,041.00 | 27,376.37 |
| 03/02/20 | 1007 | C. MARINO INC | PAYMENT FOR STORAGE PER INVOICE 2828 | 2410-000 | | 520.50 | 26,855.87 |
| 03/02/20 | 1008 | INTERNATIONAL SURETIES.LTD | PAYMENT OF BLANKET BOND 016026384 | 2300-000 | | 11.60 | 26,844.27 |
| 03/14/20 | 1009 | C. MARINO INC | PAYMENT FOR STORAGE PER INVOICE 2685 | 2410-000 | | 520.50 | 26,323.77 |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 21.23 | 26,302.54 |
| 04/10/20 | 1010 | C. MARINO INC | FINAL PAYMENT FOR STORAGE AND DESTRUCTION PER INVOICE 3003 | 2410-000 | | 792.00 | 25,510.54 |
| 04/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -21.23 | 25,531.77 |
| 06/03/20 | {47} | PHILADEPHIA INSURANCE COMPANY | INSURANCE REFUND, NOT PROPERTY OR ESTATE SINCE INSURANCE POLICY WAS PAID FOR BY BUYER OF PROPERTY WHO WILL BE REFUNDED THIS AMOUNT | 1280-000 | 16,259.89 | | 41,791.66 |
| 06/16/20 | {46} | LA CASA DE DON PEDRO | LA CASA DE DON P PAYMENTS CCD | 1249-000 | 96,642.02 | | 138,433.68 |
| 06/23/20 | 1011 | HELLRING LINDEMAN GOLDSTEIN SIEGAL | PAYMENT OF ATTORNEY FEES PER COURT ORDER OF MAY 7, 2020 | 3210-000 | | 96,105.00 | 42,328.68 |
| 06/23/20 | 1012 | HELLRING LINDEMAN GOLDSTEIN SIEGAL | PAYMENT OF ATTORNEY EXPENSES PER COURT ORDER OF MAY 7, 2020 | 3220-000 | | 569.41 | 41,759.27 |
| 07/21/20 | 1013 {47} | LA CASA DE DON PEDRO | INSURANCE REFUND, NOT PROPERTY OR ESTATE SINCE INS.POLICY WAS PAID FOR BY LA CASA THIS THE REFUND OF THE MONEY | 1280-000 | -16,259.89 | | 25,499.38 |
| 08/27/20 | 1014 | WithumSmithBrown | Distribution payment - Dividend paid at 100.00% of $1,498.50; Claim # ACCT FEE; Filed: $1,498.50 | 3410-000 | | 1,498.50 | 24,000.88 |
| 08/27/20 | 1015 | Benjamin A. Stanziale, Jr. | Distribution payment - Dividend paid at 100.00% of $23,347.23; Claim # FEE; Filed: $23,347.23 | 2100-000 | | 23,347.23 | 653.65 |

**Page Subtotals:**  $129,743.89    $129,090.24

{ } Asset Reference(s)    **UST Form 101-7-TDR ( 10 /1/2010)**    ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| Case No.: | 16-29972-VFP | Trustee Name: | Benjamin A. Stanziale, Jr. (500340) |
|---|---|---|---|
| Case Name: | NEWARK PRESCHOOL COUNCIL, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7158 | Account #: | ******4645 Checking Account |
| For Period Ending: | 09/15/2020 | Blanket Bond (per case limit): | $48,225,092.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/27/20 | 1016 | UNITED STATES BANKRUPTCY COURT | Distribution payment - Dividend paid at 100.00% of $350.00; Claim # FILING FEE; Filed: $350.00 | 2700-000 | | 350.00 | 303.65 |
| 08/27/20 | 1017 | Benjamin A. Stanziale, Jr. | Distribution payment - Dividend paid at 100.00% of $303.65; Claim # TE; Filed: $303.65 | 2200-000 | | 303.65 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 129,743.89 | 129,743.89 | $0.00 |
| Less: Bank Transfers/CDs | | 12,792.06 | 0.00 |
| Subtotal | | 116,951.83 | 129,743.89 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $116,951.83 | $129,743.89 |

## Form 2

Exhibit 9<br>Page: 7

## Cash Receipts And Disbursements Record

**Case No.:** 16-29972-VFP

**Case Name:** NEWARK PRESCHOOL COUNCIL, INC.

**Taxpayer ID #:** **-***7158

**For Period Ending:** 09/15/2020

**Trustee Name:** Benjamin A. Stanziale, Jr. (500340)

**Bank Name:** Metropolitan Commercial Bank

**Account #:** ******4645 Checking Account

**Blanket Bond (per case limit):** $48,225,092.00

**Separate Bond (if applicable):** N/A

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******6800 Checking | $285,930.08 | $273,138.02 | $0.00 |
| ******4645 Checking Account | $116,951.83 | $129,743.89 | $0.00 |
| | $402,881.91 | $402,881.91 | $0.00 |